# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2021

## NO. 03-19-00070-CV

**Vergo Patio Gardens, Inc., Appellant**

**v.**

**Railroad Commission of Texas, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on November 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment affirming the Commission's order. Therefore, the judgment of the trial court affirming the Commission's order is reversed, the Commission's order is reversed, and the cause is remanded to the Commission for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.